**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATRINA GODBEY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-04619-JMG |
| | : | |
| CITY OF BETHLEHEM, *et al.* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 7th    day of August, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 26), Concise Statement of Material Facts in Support of Defendants' Motion for Summary Judgment (ECF No. 27), the thumb drive mailed to the Court's chambers that contain Exhibits B and C to Defendants' Motion for Summary Judgment, Plaintiff's Brief in Opposition to Defendants' Motion to Summary Judgment (ECF No. 29), Plaintiff's Response to Defendants' Statement of Undisputed Material Facts and Statement of Additional Facts (ECF No. 29-3), and Defendants' Reply to Plaintiff's Statement of Additional Facts (ECF No. 30),

**IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff **SHALL** submit supplemental briefing by no later than **August 14, 2026**, showing why the Court should not dismiss her *Monell* claim pursuant to Federal Rule of Civil Procedure 56(f)(3). Plaintiff's brief shall not exceed seven (7) pages.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge