**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATRINA GODBEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO: 5:25-cv-04619 |
| | : | |
| CITY OF BETHLEHEM, OFFICER DUNCAN CAHALAN, OFFICER ERIC HAMMER and OFFICER TIMOTHY HOGG | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' PROPOSED VERDICT SLIP**

Defendants, City of Bethlehem Police Officers Duncan Cahalan, Eric Hammer, and Timothy Hogg, by and through their legal counsel, hereby submit the following proposed verdict slip.

Defendants also reserve the right to submit a revised verdict slip based upon the record created at trial, if necessary, at the close of the case.

# VERDICT SLIP

**AND NOW,** this _____ day of ___________________, 2026, we unanimously find the following by a preponderance of the evidence:

## I. COUNT ONE: ALLEGED EXCESSIVE FORCE

**QUESTION 1:**

Did any of the Defendant Officers use excessive force against Plaintiff?

Officer Duncan Cahalan No _____ Yes _____

Officer Eric Hammer No _____ Yes _____

Officer Timothy Hogg No _____ Yes _____

**If you answered "No" to all three (3) Officers, you have completed your deliberations, and the Foreperson should sign the last page of this Verdict Slip. If you answered "Yes" to one or more of the Officers, proceed to Question 2.**

**QUESTION 2: FACTUAL QUESTIONS**

A. Do you find that the Officers had a reasonable belief that Plaintiff was in imminent danger ?

Officer Duncan Cahalan Yes _____ No _____

Officer Eric Hammer Yes _____ No _____

Officer Timothy Hogg Yes _____ No _____

B. Do you find that the Officers' push of the door was intended to hurt the Plaintiff?

Officer Duncan Cahalan No _____ Yes _____

Officer Eric Hammer No _____ Yes _____

Officer Timothy Hogg No _____ Yes _____

C. Do you find that the Officers' push of the door was intended to gain entry so that they could render aid to the Plaintiff?

| | | |
|---|---|---|
| Officer Duncan Cahalan | Yes _____ | No _____ |
| Officer Eric Hammer | Yes _____ | No _____ |
| Officer Timothy Hogg | Yes _____ | No _____ |

D. Do you find that the Officers had a reasonable belief that if they left without entering the home then the Plaintiff was in imminent danger of serious injury?

| | | |
|---|---|---|
| Officer Duncan Cahalan | Yes _____ | No _____ |
| Officer Eric Hammer | Yes _____ | No _____ |
| Officer Timothy Hogg | Yes _____ | No _____ |

**Regardless of your answers to Questions 2A through 2D, proceed to Question 3.**

**QUESTION 3: CAUSATION**

Were the Defendant Officers' actions a factual cause of any harm to Plaintiff?

Answer: No _____ Yes _____

**If you answered "No" to Question 3, you have completed your deliberations. The Foreperson should sign the last page of this Verdict Slip.**

**If you answered "Yes", proceed to Question 4.**

**QUESTION 4: DAMAGES**

**(Answer only if you have answered "Yes" to all or any Officer in Question 1 and "Yes" to all or any Officer in Question 3.)**

What compensatory damages do you award to Plaintiff?

$____________

**By completing the above answer, your deliberations are completed. The foreperson should sign the Verdict Slip, place it in the envelope provided, seal it, and give the envelope to Court personnel.**

**DATE: _______________________**

_______________________________
**FOREPERSON**

Respectfully submitted,

Dated: August 27, 2026

By: *David J. MacMain*

David J. MacMain, Esquire
Stephanie K. Fennimore, Esquire
PA Attorney I.D. Nos.:59320/336588
MacMain Leinhauser PC
433 W. Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
sfennimore@macmainlaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, David J. MacMain, Esquire, hereby certify that on this 27th day of August 2026, a copy of the foregoing was served upon the following via ECF Notification:

Brian Zeiger, Esquire
Laura Zipin, Esquire
Levin & Zeiger, LLP
Two Penn Center
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
*Attorneys for Plaintiff*

**MacMAIN LEINHAUSER PC**

By: */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
484-318-7106
DMacmain@macmainlaw.com
*Attorney for Defendants*