**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KATRINA GODBEY,
Plaintiff,

v.

CITY OF BETHLEHEM, *et al.*
Defendants.

Civil No.: 5:25-cv-04619-JMG

**ORDER**

**AND NOW**, this 15th day of October, 2026, upon consideration of Defendants' Oral Rule 50 Motion for Judgment as a Matter of Law, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] On October 14, 2026, the jury deliberated and returned with a verdict for the Defendants. Defendants' Motion for Judgment as a Matter of Law is thus rendered moot.