AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Katrina Godbey
v.
Officer Duncan Cahalan, et al.

Case No.: 5:25-cv-04619

## BILL OF COSTS

Judgment having been entered in the above entitled action on 10/14/2026 (*Date*) against Plaintiff,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 10,928.79 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | 84.80 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 11,013.59 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ David J. MacMain

Name of Attorney: David J. MacMain

For: Officer Duncan Cahalan, Officer Eric Hammer and Officer Timothy Hogg (*Name of Claiming Party*) Date: 10/22/2026

## Taxation of Costs

Costs are taxed in the amount of ________ and included in the judgment.

________ *Clerk of Court* By: ________ *Deputy Clerk* ________ *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print Save As... Reset

**DEFENDANTS' BILL OF COSTS**
***Katrina Godbey v. Officer Duncan Cahalan, et al.***
**E.D.PA Civil Action No. 25-cv-04619**

| FEES FOR SUBPOENAS | | | |
|---|---|---|---|
| **Date** | **Vendor** | **Amount** | **Description** |
| March 5, 2026 | Magna RecordTrak | $4,034.63 | Subpoena to LVH Cardiology – Cedar Crest |
| March 6, 2026 | Magna RecordTrak | $5,971.03 | Subpoena to LVPG Internal Medicine (Medical Records) – Cedar Crest |
| March 25, 2026 | Magna RecordTrak | $54.99 | Subpoena to LVPG Internal Medicine (Billing Records) – Cedar Crest |
| August 27, 2026 | Magna RecordTrak | $110.20 | LVPG Family and Internal Medicine – Audrey Clark DO (Billing Records) |
| September 4, 2026 | Magna RecordTrak | $79.00 | LVPG Adult and Pediatric Psychiatry |
| September 4, 2026 | Magna RecordTrak | $104.50 | LVPG Internal Medicine – Robert Theiss, MD |
| September 24, 2026 | Magna RecordTrak | $94.00 | LVPG Family and Internal Medicine – Audrey Clark DO (Medical Records) |
| September 30, 2026 | Pennsylvania State Constable Glenn Markley | $480.44 | Personal Service of Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action upon Scott Godbey |
| **Total: $10,928.79** | | | |

| FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES | | | |
|---|---|---|---|
| **Date** | **Vendor** | **Amount** | **Description** |
| September 30, 2026 | N/A internal expense | $84.80 | 848 pages @ $0.10 per page – Four (4) Copies of Joint Trial Exhibits, including 2 copies required for the Court |
| **Total: $84.80** | | | |

**Total: $11,013.59**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:03/05/2026

**Invoice #:** **10057173** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVH CARDIOLOGY- 1250 CEDAR CREST Tag: 4

| | | |
|---|---|---|
| Subpoena Preparation, Count = | 1 | $0.00 |
| Record Request Preparation | | $35.00 |
| Notices | | $4.00 |
| Record Custodian Fee | | $3,158.14 |
| Courier Charges | | $18.50 |
| Correspondence | | $6.00 |
| Contact Charge | | $4.50 |
| Pages by TrakLink, Count = | 5031 | $754.65 |
| Pages by TrakView, Count = | 5031 | $0.00 |
| TrakLink Access Fee | | $1.00 |
| Record Summary Fee | | $7.50 |
| Sales Tax | | $45.34 |
| | **Total Due:** | **$4,034.63** |

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC** **d/b/a of** **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:03/06/2026

**Invoice #:** **10058924** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVPG INTERNAL MED - CEDAR POINT (HARVEY) Tag: 3

| | | |
|---|---|---|
| Subpoena Preparation, Count = | 1 | $0.00 |
| Record Request Preparation | | $35.00 |
| Notices | | $4.00 |
| Record Custodian Fee | | $4,081.00 |
| Courier Charges | | $18.50 |
| Correspondence | | $6.00 |
| Contact Charge | | $3.00 |
| Pages by TrakLink, Count = | 11462 | $1,719.30 |
| Pages by TrakView, Count = | 11462 | $0.00 |
| TrakLink Access Fee | | $1.00 |
| Sales Tax | | $103.22 |

**Total Due:** **$5,971.02**

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC** **d/b/a of** **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC**
**PO Box 830556**
**Philadelphia, PA 19182-0556**

**MLS Parent Holdings LLC**
**Fed TIN 83-2616308**
**1635 Market Street 9th floor**
**Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:03/25/2026

**Invoice #:** **10073139** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVPG INTERNAL MED - CEDAR POINT (HARVEY) (BILL) Tag: 7

| | | |
|---|---|---|
| Record Request Preparation | | $28.00 |
| Record Custodian Fee | | $16.50 |
| Contact Charge | | $4.50 |
| Pages by TrakLink, Count = | 31 | $4.65 |
| Pages by TrakView, Count = | 31 | $0.00 |
| TrakLink Access Fee | | $1.00 |
| Sales Tax | | $0.34 |
| | **Total Due:** | **$54.99** |

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC**
**c/o Magna Legal Services LLC**
**PO Box 830556**
**Philadelphia, PA 19182-0556**

**d/b/a of**

**MLS Parent Holdings LLC**
**Fed TIN 83-2616308**
**1635 Market Street 9th floor**
**Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:08/27/2026

**Invoice #:** **10218676** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVPG FAMILY AND INTERNAL MED - AUDREY CLARK (BILL) Tag: 6

| | | |
|---|---|---|
| Record Request Preparation | | $35.00 |
| Notices | | $4.00 |
| Record Custodian Fee | | $16.50 |
| Courier Charges | | $18.50 |
| Correspondence | | $3.00 |
| Contact Charge | | $31.50 |
| Pages by TrakLink, Count = | 4 | $0.60 |
| Pages by TrakView, Count = | 4 | $0.00 |
| TrakLink Access Fee | | $1.00 |
| Sales Tax | | $0.10 |
| **Total Due:** | | **$110.20** |

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC** **d/b/a of** **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:09/04/2026

**Invoice #:** **10228220** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVPG ADULT AND PEDIATRIC PSYCHIATRY Tag: 8

| | | |
|---|---|---|
| Subpoena Preparation, Count = | 1 | $0.00 |
| Record Request Preparation | | $35.00 |
| Notices | | $4.00 |
| Courier Charges | | $18.50 |
| Correspondence | | $6.00 |
| Contact Charge | | $10.50 |
| Cancellation Fee | | $5.00 |
| | **Total Due:** | **$79.00** |

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC** **d/b/a of** **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC**
**PO Box 830556**
**Philadelphia, PA 19182-0556**

**MLS Parent Holdings LLC**
**Fed TIN 83-2616308**
**1635 Market Street 9th floor**
**Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:09/04/2026

**Invoice #:** **10228219** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVPG INTERNAL MEDICINE - ROBERT THEISS, MD Tag: 2

| | | |
|---|---|---|
| Subpoena Preparation, Count = | 1 | $0.00 |
| Record Request Preparation | | $35.00 |
| Notices | | $4.00 |
| Courier Charges | | $18.50 |
| Correspondence | | $12.00 |
| Contact Charge | | $30.00 |
| Cancellation Fee | | $5.00 |
| | **Total Due:** | **$104.50** |

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC** **d/b/a of** **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

MAGNA RECORDTRAK

# INVOICE

Invoice Date:09/24/2026

**Invoice #:** **10242793** G7P **At_code:** **A050762P**

Bill to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ship to:
DAVID J. MACMAIN
MacMain Leinhauser PC
433 WEST MARKET STREET
SUITE 200
WEST CHESTER, PA 19382

Ordered By: STEPHANIE PEPPERNICK
Case Name: KATRINA GODBEY

KATRINA GODBEY VS. CITY OF BETHLEHEM, ET AL

| RT# | Court | Term | Docket |
|---|---|---|---|
| 474302 | USDC | | 25-4619 |

LVPG FAM AND INTERNAL MED - AUDREY CLARK (MED) Tag: 1

| | | |
|---|---|---|
| Subpoena Preparation, Count = | 1 | $0.00 |
| Record Request Preparation | | $35.00 |
| Notices | | $4.00 |
| Courier Charges | | $18.50 |
| Correspondence | | $6.00 |
| Contact Charge | | $25.50 |
| Cancellation Fee | | $5.00 |
| | **Total Due:** | **$94.00** |

**Please note our new remittance address. Contact us with any questions.**

Payment is due upon receipt.

Please make checks payable to:

**RECORDTRAK, LLC** **d/b/a of** **MLS Parent Holdings LLC**
**c/o Magna Legal Services LLC** **Fed TIN 83-2616308**
**PO Box 830556** **1635 Market Street 9th floor**
**Philadelphia, PA 19182-0556** **Philadelphia, PA 19103**

Please include invoice number with payment.

**Account Inquiries? Contact Accounts Receivable Dept. at 610.962.8411 or 888.801.7650**

**Glenn Markley**
*Pennsylvania State Constable*

P.O. Box 273
Uwchland, PA. 19480
Phone 610-637-7991

# INVOICE

INVOICE #2026-01
DATE: SEPTEMBER 30, 2026

**TO: DAVID J. MACMAIN**
MacMain & Leinhauser PC
433 W. Market St.
Suite # 200
West Chester, PA 19382

**FOR:**
Service upon **Scott Godbey Docket No. 5:25-cv-04619**

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Traveled to **1522 Valley Rd. Bethlehem, PA 18018** on Wednesday September 30, 2026 to serve **Scott Godbey**. Upon arrival I contacted **Scott Godbey** and personally served him a subpoena issued by MacMain Leinhauser at 6:38 PM. | **4** | **$80.00 / HR** | **$320.00** |
| **Total Mileage: (42)** West Chester to 1522 Valley Rd. Bethlehem PA back to West Chester | **201** | **.76 / mile** | **$152.76** |
| **Tolls**: Allentown Exit to Valley Forge Exit | | | **$7.68** |
| | | TOTAL | **$480.44** |

Please make all checks payable to Glenn Markley

**Thank you for your business!**